# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBBINS, III, | 1:04-cv-06337-OWW-TAG HC |
|          Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 14) |
| v. | ORDER GRANTING MOTION TO DISMISS AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 7) |
| TOM L. CAREY, | ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 5) |
|          Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner Arthur Robbins, III, (hereinafter "Petitioner") is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 14, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending Respondent's motion to dismiss the amended petition for writ of habeas corpus be GRANTED and the action be dismissed because of the presence of unexhausted claims in the amended petition. (Doc. 14). This Report and Recommendations was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order, and that if Petitioner wished to proceed with the amended petition, he must first withdraw the unexhausted claims. To date, the parties have not filed timely objections to the Report and Recommendations, nor has Petitioner filed a request to withdraw the unexhausted claims.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendations is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations, filed July 14, 2005, (Doc. 14) is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss the amended petition for writ of habeas corpus (Doc. 7) is GRANTED;
3. The amended petition for writ of habeas corpus (Doc. 5) is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 26, 2005**                          **/s/ Oliver W. Wanger**
emm0d6                                                                   UNITED STATES DISTRICT JUDGE